**Order entered November 14, 2019**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-19-01066-CV

### SHELLY MARIE TRIGG, Appellant

### V.

### CHRISTOPHER DUNBAR, AS TRUSTEE OF THE
### CHRIS AND PAIGE DUNBAR FAMILY TRUST, Appellee

**On Appeal from the 401st Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 401-01748-2019**

## ORDER

Before the Court is appellant's November 13, 2019 unopposed second motion for an extension of time to file her brief on the merits. We **GRANT** the motion and extend the time to **December 9, 2019**. We caution appellant that further extension requests in this accelerated appeal will be disfavored.

/s/    KEN MOLBERG
         JUSTICE